No. 94. JOE DARSEY, PLAINTIFF IN ERROR, *v.* THE STATE OF GEORGIA. In error to the Supreme Court of the State of Georgia. Argued December 4, 1913. Decided December 8, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. (*Heike* v. *United States*, 217 U. S. 423.) *Mr. John Randolph Cooper* for the plaintiff in error. *Mr. Thos. S. Felder* for the defendant in error.

---

No. 588. ATLANTIC COAST LINE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* JAMES A. MILLER. In error to the Supreme Court of the State of South Carolina. Motion to affirm submitted December 1, 1913. Decided December 8, 1913. *Per Curiam.* Judgment affirmed with costs, on authority of *Chicago, Burlington & Quincy R. R. Co.* v. *McGuire*, 219 U. S. 541. *Mr. P. A. Willcox* and *Mr. Frederic, D. McKenney* for the plaintiff in error. *Mr. L. D. Jennings* for the defendant in error.